**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-4584**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

TRINITY JAQUEY CLYBURN,

            Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.   Terry L. Wooten, District Judge. (4:05-cr-01299-TLW)

Submitted:  February 28, 2008          Decided:  March 3, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven M. Hisker, Duncan, South Carolina, for Appellant.   Arthur Bradley Parham, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Trinity Jaquey Clyburn pled guilty pursuant to a written plea agreement to conspiracy to possess with intent to distribute and to distribute cocaine base and cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B); 846.  As Clyburn was determined to be a career offender, he was sentenced to 264 months' imprisonment.  Finding no error, we affirm.

On appeal, counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting there are no meritorious grounds for appeal, but questioning whether the district court fully complied with the requirements of Fed. R. Crim. P. 11. Although Clyburn was notified of his right to file a pro se supplemental brief, he did not do so, and the Government elected not to file a responding brief.

Because Clyburn did not seek to withdraw his guilty plea in the district court, we review any alleged Rule 11 error for plain error.  United States v. Martinez, 277 F.3d 517, 524-26 (4th Cir. 2002).  To establish plain error, Clyburn must show that an error occurred, that the error was plain, and that the error affected his substantial rights.  United States v. White, 405 F.3d 208, 215 (4th Cir. 2005).  We have reviewed the record and find no error.

In accordance with Anders, we have reviewed the entire record in this case and have found no meritorious issues for

appeal.  Accordingly, we affirm the conviction and sentence.  This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review.  If the client requests that a petition be filed, but counsel believes that such a petition would be frivolous, then counsel may move this court for leave to withdraw from representation.  Counsel's motion must state that a copy thereof was served on the client.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED